

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0947-16

## JUSTIN TIRRELL WILLIAMS, Appellant

### v.

## THE STATE OF TEXAS

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE FIRST COURT OF APPEALS
### HARRIS COUNTY

*Per curiam.*

### O P I N I O N

We granted appellant's petition for discretionary review to determine whether the court of appeals erred in upholding a court cost fee of $5 for "Release." Having examined the record and briefs, we conclude that our decision to grant review was improvident. We therefore dismiss appellant's petition for discretionary review as improvidently granted.

Delivered: April 26, 2017

DO NOT PUBLISH